# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF OHIO, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:24-cv-03182 (UNA) |
| ERIC ANTHONY GRIMES, | ) |
| Defendant. | ) |

## Memorandum Opinion

This matter is before the Court on its initial review of Eric Anthony Grimes' *pro se* notice of removal ECF No. 1. For the reasons below, this matter is dismissed.

Grimes is a defendant in a pending criminal matter filed in the Lucas County Court of Common Pleas, located in Toledo, Ohio. *See* ECF No. 1 at 1; ECF No. 1-1 at 1–3; *see also State of Ohio v. Grimes*, No. G-4801-CR-0202402254-000-D1 (filed 9/3/2024) ("*Grimes I*").[1] He seeks to remove that case to this District, but he may not do so.

A criminal defendant is required to "file [for removal] in the district court of the United States for the district and division within which such prosecution is pending." 28 U.S. Code § 1455(a). As the underlying action is not pending in the District of Columbia, it may not be removed to this Court. The only appropriate jurisdiction for removal would be United States District Court for the Northern District of Ohio. *See id.*[2]

---

[1] A court may take judicial notice of the docket and facts on the public record in other proceedings. *See Covad Commc'ns Co. v. Bell Atl. Corp.*, 407 F.3d 1220, 1222 (D.C. Cir. 2005).

[2] It appears Grimes already attempted to remove his case to that jurisdiction, which rejected and remanded the case back to state court on October 15, 2024. *See State of Ohio v. Grimes*, No. 24-cr-00330-JJH-1 (N.D. Ohio) (Order of Remand).

Ordinarily, a case that is improperly removed would be remanded to the original court. Here, however, although Grimes has styled his document in this Court as a notice of a removal, that notice was never filed in, and the case was therefore never removed from, the Lucas County Court.

Accordingly, the Court will dismiss the matter and close this docket. A separate order accompanies this memorandum opinion.

Date:   January 31, 2025                 /s/_____
                                            AMIR H. ALI
                                     *United States District Judge*